

## United States District Court
## Eastern District of California

William Linn

Plaintiff(s)

V.

Cybex International, Inc. and Life Fitness, Inc.

Defendant(s)

Case Number: 2:22-cv-01002-TLN-AC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michelle R. Gilboe hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Cybex International, Inc. and Life Fitness, Inc.

On 10/27/1995 (date), I was admitted to practice and presently in good standing in the Minnesota (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/13/2022          Signature of Applicant: /s/ Michelle R. Gilboe

**Pro Hac Vice Attorney**

Applicant's Name: Michelle R. Gilboe

Law Firm Name: Lewis Brisbois Bisgaard & Smith LLP

Address: 90 S. 7th Street

Suite 2800

City: Minneapolis   State: MN   Zip: 55402

Phone Number w/Area Code: (612) 428-5000

City and State of Residence: Minneapolis, MN

Primary E-mail Address: michelle.gilboe@lewisbrisbois.com

Secondary E-mail Address: susan.shetty@lewisbrisbois.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Paloma I. Moreno-Acosta

Law Firm Name: Lewis Brisbois Bisgaard & Smith LLP

Address: 550 West C Street

Suite 1700

City: San Diego   State: CA   Zip: 92101

Phone Number w/Area Code: (619) 699-4990   Bar # 310766

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 07, 2022

_____
JUDGE, U.S. DISTRICT COURT

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

MICHELLE ROGNLIEN GILBOE

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 27, 1995

Given under my hand and seal of this court on

April 15, 2022

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration