UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM LINN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CYBEX INTERNATIONAL, INC., and LIFE FITNESS, INC.,<br><br>　　　　Defendants. | Case No. 22-cv-01002-TLN-AC<br><br>**ORDER GRANTING FOURTH STIPULATION TO AMEND SCHEDULING ORDER** |

## Order

Based on the Stipulation of the Parties, and good cause appearing, the Court hereby ORDERS that the Amended Scheduling Order [ECF 23] be modified to reflect the following deadlines:

- Deadline for Fact Discovery: **November 28, 2023**
- Plaintiff's Expert Disclosures Deadline: **December 27, 2023**
- Defense Expert Disclosure Deadline: **January 29, 2024**
- Rebuttal/Supplemental Expert Disclosures: **February 15, 2024**
- Expert Deposition/Expert Discovery Deadline: **March 19, 2024**
- Deadline to File Joint Notice of Trial Readiness (if there are no dispositive motions): **May 1, 2024**
- Deadline for supplemental disclosures and discovery responses: **May 1, 2024**

- Deadline to file page limit increases on dispositive motions: **May 8, 2024**
- Deadline to file dispositive motions: **June 5, 2024**
- Deadline to file Joint Notice of Trial Readiness (after dispositive motions): **July 24, 2024**

SO ORDERED.

Date: September 13, 2023

_____
Troy L. Nunley
United States District Judge